IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARVIN GRIDDLE, | : | Civil No. 3:16-cv-1396 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN A. ROWLEY, SUSAN WATT, | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 3rd day of December, 2018, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. This action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge